Theodore JOHNSON, Plaintiff–
Appellee,

v.

LOUISIANA DEPARTMENT
OF EDUCATION; et al.,
Defendants,

Louisiana Department of Education;
State of Louisiana; President of Loui-
siana State University System; Board
of Regents, Defendants–Appellants.

Lynn August, Plaintiff–Appellee,

v.

Suzanne Mitchell; Mae Nelson; Ed
Barras; Department of Social Ser-
vices, for the State of Louisiana, De-
fendants–Appellants.

Nos. 02–30318, 02–30369.

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2003.

Jeremy Stuart Buck, Hughes & Luce, Dallas, TX, Theodore Johnson, Bogalusa, LA, for Johnson.

Kevin K. Russell, Jessica Dunsay Silver, U.S. Dept. of Justice, Civ. Rights Div., Washington, DC, for U.S., Intervenor.

Richard A. Curry, Michael Brent Hicks, McGlinchey Stafford, Baton Rouge, LA, Rebecca L. Clausen, New Orleans, LA, for all Defendants–Appellants.

Sanford A. Kutner, Metairie, LA, for August.

Micheal Leslie Penn, New Orleans, LA, for Mitchell, Nelson, Barras and Dept. of Social Services.

ON PETITION FOR REHEARING EN BANC

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, DENNIS, CLEMENT and PRADO, Circuit Judges.

BY THE COURT:

A member of the Court in active service has requested a poll on the petition for rehearing en banc filed by appellee Theodore Johnson and a majority of the judges in active service have voted in favor of granting a rehearing en banc. Further, a majority of judges in active service have determined, on the Court's own motion, to rehear en banc the consolidated case, *Lynn August vs. Suzanne Mitchell, Et Al.*

Accordingly, IT IS ORDERED that these cases shall be reheard by the court en banc. No decision has yet been made with respect to oral argument. The Clerk

will specify a briefing schedule for the filing of supplemental briefs.